JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PROMPT USA, INC., an Illinois corporation; CONSTANTIN TENEA, an individual,<br><br>　　　　　Defendants. | Case No. 8:23-cv-2494-FWS-JDE<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On August 28, 2024, the court granted in substantial part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Prompt USA, Inc. ("Defendant"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendant in the total amount of **$222,385.65**, which represents the sum of $193,209.57 in compensatory damages, $20,828.40 in prejudgment interest, $7,464.19 in attorney fees, and $504.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

DATED: August 28, 2024    _____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE